ACCEPTED
04-15-00636-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/2/2015 10:32:23 AM
KEITH HOTTLE
CLERK

NO. 04-15-00636-CV

\* \* \*

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/2/2015 10:32:23 AM
KEITH E. HOTTLE
Clerk

\* \* \*

JOHN E. VOGT and NELDA L. VOGT,
Appellants

v.

MARIN REAL ESTATE PARTNERS, et al.,
Appellees

\* \* \*

**MOTION TO EXTEND TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellants John Vogt and Nelda Vogt file this Motion to Extend Time to File Brief as follows:

1.      This is an appeal from Cause No. 06-150, *John E. Vogt, et al. v. Marin Real Estate Partners, et al.,* in the 216th Judicial District Court of Kendall County, Texas.

2.      By Order dated November 13, 2015, the Court ordered the Vogts to file a jurisdictional brief by December 3, 2015.

3.    The Vogts request an extension until January 15, 2016 to file their brief.

4.    Reasons for the need for an extension:

    a.    The Vogts' counsel is a solo practitioner in Kerrville, Texas.

    b.    As recognized by the Court in its Order, Texas appellate courts have conflicting opinions about the jurisdictional issue in this case.

    c.    Counsel has been unable to complete the Vogts' brief because of other commitments and a full litigation docket.

5.    Appellees will not be prejudiced by the short extension.

6.    This is the only request for an extension of time regarding the Court's November 13, 2015 Order.

**PRAYER**

Appellants John Vogt and Nelda Vogt respectfully request that the Motion to Extend be granted, that the deadline be extended until January 15, 2016, and request any other relief to which they may be entitled.

Respectfully submitted,


STEPHEN B. SCHULTE, P.C.
Main Plaza One
820 Main Street, Suite 100
Kerrville, Texas 78028
Telephone: (830) 258-4222
Facsimile: (830) 715-9292


_____/s/_____
Stephen B. Schulte
State Bar No. 17836500
Attorney for John Vogt and Nelda Vogt

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2015, a true copy of this Motion has been served on all counsel of record as follows:

Roger Bresnahan        Via E-Serve


_____/s/_____
Stephen B. Schulte